**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Paul A. Lemke, III
Owens & Lemke, Inc.
P. O. Box 595
Harrisonburg LA 71340

David Michael Williams
Attorney at Law
620 Murray Street
Alexandria, LA 71301


**REHEARING ACTION: June 24, 2015**


**Docket Number: 14   01034-CA**

**BASIL FISHER**
**VERSUS**
**CATAHOULA PARISH POLICE JURY, ET AL.**

**Appealed from Catahoula Parish Case No. 26,826 "A"**


**BEFORE JUDGES**:

   **Hon. Sylvia R. Cooks**
   **Hon. Elizabeth A. Pickett**
   **Hon. Shannon J. Gremillion**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Basil Fisher** has this day been

   **DENIED.**
   Cooks, J., would grant the rehearing.


cc: Brandon Ashley Sues, Counsel for the Appellee
    Timothy R. Richardson, Counsel for the Appellee